UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDERSEN WINDOWS, INC., CIVIL NO. 01-443 (RHK)

Plaintiff,

v. ORDER OF RECUSAL

CLEARY MILLWORK COMPANY, INC.,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: April 11, 2001

JOHN M. MASON
United States Magistrate Judge

Filed APR 16 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Andersen Windows, Inc.

Vs. 01-443RHK/FLN

Cleary Millwork Co., Inc.

Pursuant to a recusal by Magistrate Judge Mason, this action has been referred to Magistrate Judge Noel. Please refer to the above number and judges initials when submitting future documents for filing with the clerk's office.