UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andersen Windows, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Cleary Millwork Company, Inc., a Connecticut corporation,<br><br>Defendant. | **Civ. No. 01-CV-443 RHK/JMM**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

**STIPULATION**

Defendant Cleary Millwork Company, Inc. ("Cleary") and Plaintiff Andersen Windows, Inc. ("Andersen"), by their undersigned counsel, hereby stipulate and respectfully request that the Court issue an Order extending the time for Cleary to Answer or Otherwise Respond to Plaintiff's Complaint until May 2, 2001.

Date: March 28, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By____________________

Leon R. Goodrich #3616X
Kari L. Wraspir #028029X
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Mark N. Poovey (N.C. State Bar No. 9416)
David A. Shirlen (N.C. State Bar No. 13701)
Post Office Drawer 84
Winston-Salem, North Carolina 27102
Telephone: (336) 721-3600
Facsimile: (336) 733-8383

**ATTORNEYS FOR PLAINTIFF**

APR 16 2001

CLERK

Dated: March 21, 2001

**DORSEY & WHITNEY**

By: ______________________________
Seth Sergent-Leventhal #263357
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Fax Telephone: (612) 340-2868

**ATTORNEYS FOR DEFENDANT**

**ORDER**

The matter came before the Court on 4/11, 2001 at the request of the parties to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint until May 2, 2001. Based upon the information presented to this Court, Defendant's time to answer or otherwise respond is extended as stated in the above stipulation.

**IT IS SO ORDERED.**

Dated: 4/11, 2001

BY THE COURT:

______________________________
Magistrate Judge John M. Mason