137600

# UNITED STATES DISTRICT COURT
**District of Minnesota**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-443 RHK/JMM

**Affidavit of Movant**

I, Seth Sergent-Leventhal, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Keith N. Costa, an attorney admitted to practice in the ________ Districts of Connecticut & New York but not admitted to the bar of this court, who will be counsel for the ☐ plaintiff ☒ defendant Cleary Millwork Co., Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature ________ Date 4-30-01

Minnesota Attorney License Number: 263357

Law Firm Name & Address: Dorsey & Whitney LLP
220 South Sixth Street, Pillsbury Center South
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-7887 Fax: (612) 340-8856

**Affidavit of Proposed Admittee**

I, Keith N. Costa, am currently a member in good standing of the U.S. District Court for the ________ Districts of Connecticut & New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Keith N. Costa
Type/Print Name ________ Signature ________ Date 4/27/01

Attorney License Number: CT: CT15634 NY: KC1213

Law Firm Name & Address: Cummings & Lockwood
700 State Street, P.O. Box 1960
New Haven, Connecticut 06509-1960
Telephone: (203) 782-3051 Fax: (203) 786-8539

Case Number: 01-CV-443 RHK/JMM Judge Assigned: Richard H. Kyle
Case Title: Andersen Windows, Inc. v. Cleary Millwork Company, Inc.

Motion Granted: ________ MAY 02 2001
For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

FILED MAY 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

12/97