**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Civ. No. 01-443 RHK/FLN**

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

vs.

Cleary Millwork Company, Inc., a Connecticut corporation,

Defendant.

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND AND EXTEND TIME FOR INITIAL PRETRIAL CONFERENCE**

---

## STIPULATION

Following receipt of the Court's Notice of Initial Pretrial Conference dated April 19, 2001 counsel for Defendant Cleary Millwork Company, Inc. ("Cleary") and Plaintiff Andersen Windows, Inc. ("Andersen") have conferred and agreed to attempt to settle the case by mediation. To allow sufficient time for the mediation to occur, the parties, by their undersigned counsel, hereby stipulate and respectfully request that the Court issue an Order extending the time for Cleary to answer or otherwise respond to Plaintiff's complaint until August 1, 2001.

The parties further agree to respectfully request that the Court defer the initial pretrial conference and filing of the Form 3. Rule 26(f) Report until a date, to be determined by the Court, subsequent to August 1, 2001.

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: May 2, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By ______________________________
Leon R. Goodrich #3616X
Kari L. Wraspir #028029X
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Mark N. Poovey (N.C. State Bar No. 9416)
David A. Shirlen (N.C. State Bar No. 13701)
Post Office Drawer 84
Winston-Salem, North Carolina 27102
Telephone: (336) 721-3600
Facsimile: (336) 733-8383

**ATTORNEYS FOR PLAINTIFF**

Dated: May 2, 2001

**DORSEY & WHITNEY LLP**

By: ______________________________
Seth Leventhal #263357
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Fax Telephone: (612) 340-2868

**ATTORNEYS FOR DEFENDANT**

**ORDER**

The matter came before the Court at the request of the parties to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint until August 1, 2001. Based upon the information presented to this Court, Defendant's time to answer or otherwise respond, and the time for the initial pretrial conference and filing of the Form 3. Rule 26(f) Report, is extended as stated in the above stipulation. If the case does not settle, the parties shall promptly inform the Court.

**IT IS SO ORDERED.**

Dated: May 4, 2001

BY THE COURT:

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge