**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

vs.

Cleary Millwork Company, Inc., a Connecticut corporation,

Defendant.

**Civ. No. 01-443 RHK/FLN**

**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO ANSWER OR OTHERWISE RESPOND AND EXTEND TIME FOR INITIAL PRETRIAL CONFERENCE**

## STIPULATION

Following receipt of the Court's Notice of Initial Pretrial Conference dated April 19, 2001 counsel for Defendant Cleary Millwork Company, Inc. ("Cleary") and Plaintiff Andersen Windows, Inc. ("Andersen") agreed to attempt to settle the case by mediation. To allow time for the mediation to occur, the parties stipulated for an extension of the time for Cleary to answer Plaintiff's complaint until August 1, 2001, and the Court so ordered on May 4, 2001.

The parties now have scheduled formal mediation to commence on August 15, 2001, in Connecticut and, by their undersigned counsel, hereby stipulate and respectfully request that the Court issue an Order further extending the time for Cleary to answer or otherwise respond to Plaintiff's complaint until September 17, 2001.

The parties also agree to respectfully request that the Court defer the initial pretrial conference and filing of the Form 3. Rule 26(f) Report until a date, to be determined by the Court, subsequent to September 17, 2001.

SEP 0 7 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: August 9, 2001.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Leon R. Goodrich #3616X
Kari L. Wraspir #028029X

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

Mark N. Poovey (N.C. State Bar No. 9416)
David A. Shirlen (N.C. State Bar No. 13701)
Post Office Drawer 84
Winston-Salem, North Carolina 27102
Telephone: (336) 721-3600
Facsimile: (336) 733-8383

**ATTORNEYS FOR PLAINTIFF**

Date: August 10, 2001.

**DORSEY & WHITNEY LLP**

By [signature]
Seth Leventhal #263357

Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Fax Telephone: (612) 340-3868

**ATTORNEYS FOR DEFENDANT**

**ORDER**

The matter came before the Court at the request of the parties to further extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint until September 17, 2001. Based upon the information presented to this Court, Defendant's time to answer or otherwise respond, and the time for the initial pretrial conference and filing of the Form 3. Rule 26(f) Report, is extended as stated in the above Stipulation. If the case does not settle, the parties shall promptly inform the Court.

**IT IS SO ORDERED.**

Dated this 6th day of Sept, 2001.

BY THE COURT:

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500